UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No. 20-11209-BKC-LMI
                                                    Chapter 13
Luis Reyes,

_____Debtor(s)._____/

## DEBTOR'S MOTION FOR AUTHORITY TO ACQUIRE ECONOMIC INJURY DISASTER LOAN FROM THE SMALL BUSINESS ADMINISTRATION

Now comes the Debtor, Luis Reyes, by his counsel, and moves the Court for Authority to acquire Economic Injury Disaster Loan from the Small Business Administration and in support thereof submit the following memorandum:

## MEMORANDUM

1. Debtor has filed for relief under 11 U.S.C. Chapter 13 in this case on January 29, 2020.

2. The Debtor has applied with the Small Business Administration for an Economic Injury Disaster Loan.

3. The Small Business Administration cannot complete the evaluation of the requested loan until there is court approval of such transaction.

WHEREFORE, Debtor respectfully prays that the Court issue an order

1. Allowing and approving the Debtor to acquire the Economic Injury Disaster Loan from the Small Business Administration.

2. Such further relief consistent with this request for relief.

Respectfully submitted,

Reyes & Calas-Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Avenue, Ste. 345
Miami, FL 33126
Tel: (305) 476-1900

By: ____/S/_____
    Mary Reyes
    FL Bar No. 120006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on attached list, this 10th day of August, 2020.

____/S/_____
Mary Reyes

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-11209-LMI<br>Southern District of Florida<br>Miami<br>Mon Aug 10 10:05:22 EDT 2020 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TD Auto Finance, LLC<br>c/o Bertis A Echols<br>1715 Aaron Brenner Dr #800<br>Memphis, TN 38120-1445 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | BB&T now Truist, Bankruptcy Section<br>100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 |
| Bank of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bbt Rcvry<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894-1847 |
| Caliber Home Loans<br>Attn: Cash Operations<br>Po Box 24330<br>Oklahoma City, OK 73124-0330 | Caliber Home Loans, Inc<br>13801 Wireless Way<br>Oklahoma City  OK 73134-2500 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 | First PREMIER Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Gary J. Holt<br>Vervent, Inc., Successor in interest to<br>PO Box 503430<br>San Diego, CA 92150-3430 | Greensky, LLC<br>1797 Northeast Expressway Suite 100<br>Atlanta, GA 30329-2451 |
| Independent Savings Plan Company (ISPC)<br>Attn: Bankruptcy<br>1115 Gunn Highway Suite 100<br>Odessa, FL 33556-5328 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Miami Dade County Tax Collector<br>140 W. Flagler St.<br>Miami, FL 33130-1575 | Mt Sinai Federal Cred<br>11645 Biscayne Blvd Ste<br>North Miami, FL 33181-3138 |
| Nissan Motor Acceptance Corp/Infiniti<br>Attn: Bankruptcy<br>Po Box 660360<br>Dallas, TX 75266-0360 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Peoples Credit Union<br>680 Ne 124th Street<br>North Miami, FL 33161-5548 |

| | | |
|---|---|---|
| Pnc Bank<br>Atn: Bankruptcy Department<br>Po Box 94982: Ms: Br-Yb58-01-5<br>Cleveland, OH 44101-4982 | State of Florida Dept  of Revenue<br>c/oJim Zingale, Executive Director AR<br>501 S Calhoun St., Rm 104<br>Tallahassee, FL 32399-6548 | Suntrust/greensky/thd<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23285-5092 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Yamaha<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Auto Finance, LLC<br>c/o Bertis A Echols, III<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | TD Auto finance<br>PO BOX 551080<br>JACKSONVILLE, FL 32255-1080 |
| Td Auto Finance<br>Attn: Bankruptcy<br>Po Box 9223<br>Farmington Hilss, MI 48333-9223 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US BankCorp<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | Vervent, Inc., Successor in interest to FALS<br>agent for Yamaha Motor Financial Corpora<br>PO Box 503430<br>San Diego, CA 92150-3430 | Villas of Doral Pines<br>4101 NW 87th Ave,<br>Miami, FL 33178-2122 |
| Wells Fargo Home Mor<br>Attn: Written Correspondence/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 | (p)YAMAHA MOTOR FINANCE<br>ATTN ATTN COLLATERAL DEPARTMENT<br>PO BOX 2429<br>CYPRESS CA 90630-1929 | Desiree Calas-Johnson<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 |
| Luis Reyes<br>5766 NW 98th Ave<br>Miami, FL 33178-2671 | Mary Reyes Esq<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1235 Old Alpharetta Road<br>Alpharetta, GA 30005 | Chase<br>POB 15583<br>Wilmington, DE 19886 | Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Tidewater Finance Co<br>Attn: Bankruptcy<br>6520 Indian River Rd<br>Virginia Beach, VA 23464 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 |

(d)Us Bank
Attn: Bankruptcy
Po Box 5229
cincinnati, OH 45201

Yamaha Motor Finance
6555 Katella Ave
Cypress, CA 90630

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Caliber Home Loans, Inc,    (u)National Bankruptcy Services, LLC    (u)Miami

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



## U.S. SMALL BUSINESS ADMINISTRATION

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

SBA is collecting the requested information in order to make a loan under SBA's Economic Injury Disaster Loan Program to the qualified entities listed in Question 3-Organization Type below that are impacted by the Coronavirus (COVID-19). The information will be used in determining whether the applicant is eligible for an economic injury loan. If you do not submit all the information requested, your loan cannot be fully processed.

If you have questions about this application or problems providing the required information, please contact our Customer Service Center at 1-800-659-2955 or (TTY: 1-800-877-8339) or DisasterCustomerService@sba.gov.

If more space is needed for any section of this application, please attach additional sheets. SBA will contact you by phone or e-mail to discuss your loan request.

### FILING REQUIREMENTS

**You must complete and submit the following:**

- ☑ This application (SBA Form 3501), completed and signed

- ☐ Economic Injury Disaster Loan Supporting Information (SBA Form 3502)

- ☐ Self-Certification for Verification of Eligible Entity for Emergency Economic Injury Disaster Loan Advance (SBA Form 3503)

**FOR INTERNAL SBA USE ONLY**
Economic Injury Declaration Number:
SBA Application Number:
Date Received:
By:
Filing Deadline Date:

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



# U.S. SMALL BUSINESS ADMINISTRATION

# COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

PLEASE NOTE: The estimated time for completing this portion of the application is 30 minutes. You are not required to respond to this or any collection of information unless it displays a currently valid OMB approval number. If you have any questions or comments concerning any aspects of this information collection, please contact the U.S. Small Business Administration Information Branch, 409 3rd St., SW, Washington, DC 20416 and Desk Officer for SBA, Office of Management and Budget, Office of Information and Regulatory Affairs, New Executive Office Building, Washington, DC 20503.

## BUSINESS INFORMATION

1. Legal Name of Business: *Informatic Technologic LR6, Inc*
2. Trade Name: (Insert DBA name if different than legal name)
3. Organization Type:

   Cooperative

   Employee Stock Ownership Plan(ESOP)

   Sole Proprietor

   Independent Contractor

   Tribal Business

   Partnership

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

    Corporation ✓

    Limited Partnership

    Nonprofit Organization

    Limited Liability Entity (LLC, LLP)

    Trust

    Other:

4. Federal Employer Identification Number (EIN), if applicable, or Social Security Number: 7434

5. Business Phone Number: 786 - 5547490

6. Mailing Address:

    Street: 8215 NW 64 ST. Unit #4

    City: MIAMI    State: FL    ZIP code: 33166

7. Business Property Address(es):

    Address 1

    Street: 8215 NW 64 ST. Unit #4

    City: MIAMI    State: FL    ZIP code: 33166

    Address 2

    Street: N/A

    City:    State:    Zip code:

    Address 3

    Street: N/A

    City:    State:    ZipCode:

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

8. Provide name of individual to contact for information necessary to process the application: GISELA FERNANDES

   Phone Number: 786 - 715.9834

   Alternative contact information:

   ☒ Phone

   ☒ Email   GFERNANDES @ TECHNOLRG. COM

   ☐ Fax Number

   ☐ Other contact information

9. Business Activity (e.g., restaurant, retail): COMPUTER REPAIR, IT Planning, SYSTEM DEVELOPMENT.

10. Number of Employees Pre-disaster: 2

11. Date Business Established (MM/DD/YYYY): 01-30-2008

12. Current Management Since: 01-30-2008

13. Amount in U.S. Dollars of Estimated Loss: $40,000.

14. Owner Information. Complete for Each:

   (a.) Proprietor, or

   b. Limited partner who owns 20% or more interest and each general partner, or

   c. Stockholder or entity owning 20% or more voting stock.
   *If you need more space, include documentation on additional information pages.*

Owner #1:

Legal Name: LUIS REYES

Title/Office: President

Percentage Owned: 50%

Email Address: LREYES @ TECHNOLRG. COM

Social Security Number*: 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

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

Date of Birth: 06-30-1968

Place of Birth: Venezuela

City*: CARACAS                State*: DTTO. CAPITAL

Telephone Number: 786-589.9300

US Citizen? ☒ Yes   ☐ No

Mailing Address

Street: 8215 NW 64 ST. Unit #4

City: MIAMI               State: FL   ZIP code: 33166

Owner #2:

Legal Name: GISELA FERNANDES

Title/Office: SECRETARY

Percentage Owned: 50%

Email Address: GFERNANDES@TECHNOLRG.COM

Social Security Number*: -7908

Date of Birth: 03-30-1974

Place of Birth*: Venezuela

City: CARACAS            State: DTTO CAPITAL

Telephone Number: 786-7159834

US Citizen? ✓ Yes   No

Mailing Address

Street: 8215 NW 64 ST. UNIT #4

City: MIAMI             State: FL   ZIP code: 33166

Business Entity Owner:

EIN:

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

Type of Business:

% Ownership:

Mailing Address

Street:

City:                                State:           ZIP code:

Email Address:

Phone:

15. Applicant business and each owner listed on this application, please respond to the following questions, providing dates and details on any question answered YES (Attach additional sheets as needed).

   a. In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction?

      ☐ Yes

      ☒ No

   b. Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans?

      ☐ Yes

      ☒ No

16. Regarding you or any owner listed on this application:

   a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction?
      NO

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

b. Within the last 5 years, for any felony, have you:

- Been convicted; or
- Plead guilty; or
- Plead nolo contendere; or
- Been placed on pretrial diversion; or
- Been placed on any form of parole or probation (including probation before judgment)?

☐ Yes

☒ No

If yes, enter name of individual:

17. If anyone assisted you in completing this application, whether you pay a fee for this service or not, please provide the following information:   NO

   Individual Name:

   Address of Representative

   Street:

   City:                                State:          ZIP code:

   Name of Company:

   Phone Number:

   Address of Company

   Street:

   City:                                State:          ZIP code:

   Fee in U.S. Dollars Charged or Agreed Upon:

   ☒ I give SBA permission to discuss any portion of this application with the representative listed above.

   ☐ **I DO NOT** give SBA permission to discuss any portion of this application with the representative listed above.

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

18. ACH Information

    Bank Name:    CHASE BANK

    Routing Number:    4131

    Account Number:    203

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



# U.S. SMALL BUSINESS ADMINISTRATION
# ECONOMIC INJURY DISASTER LOAN

## AGREEMENTS AND CERTIFICATIONS

On behalf of the undersigned individually and for the applicant business:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.

I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

Signature: *GF*  Date: 7-8-2020

Signatory Name: Gisela Fernandes

Title: Secretary

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



# U.S. SMALL BUSINESS ADMINISTRATION

# COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

Enter additional information here. Please refer to section and title.

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



# U.S. SMALL BUSINESS ADMINISTRATION

## STATEMENTS REQUIRED BY LAWS AND EXECUTIVE ORDERS

### NOTE: PLEASE READ AND KEEP FOR YOUR RECORDS

To comply with legislation passed by the Congress and Executive Orders issued by the President, Federal executive agencies, including the Small Business Administration (SBA), must notify you of certain information. You can find the regulations and policies implementing these laws and Executive Orders in Title 13, Code of Federal Regulations (CFR), Chapter 1, or our Standard Operating Procedures (SOPs). In order to provide the required notices, the following is a brief summary of the various laws and Executive Orders that affect SBA's Disaster Loan Programs. A glossary of terms can be found at Disasterloan.sba.gov.

### FREEDOM OF INFORMATION ACT (5 U.S.C. § 552)

This law provides, with some exceptions, that we must make records or portions of records contained in our files available to persons requesting them. This generally includes aggregate statistical information on our disaster loan programs and other information such as names of borrowers (and their officers, directors, stockholders or partners), loan amounts at maturity, the collateral pledged, and the general purpose of loans. We do not routinely make available to third parties your proprietary data without first notifying you, required by Executive Order 12600, or information that would cause competitive harm or constitute a clearly unwarranted invasion of personal privacy.

Freedom of Information Act (FOIA) requests must describe the specific records you want. For information about the FOIA, contact the Chief, FOI/PA Office, 409 3rd Street, SW, Suite 5900, Washington, DC 20416, or by e-mail at foia@sba.gov.

### PRIVACY ACT (5 U.S.C. § 552a)

Anyone can request to see or get copies of any personal information that we have in your file. Any personal information in your file that is retrieved by individual identifiers, such as name or social security number is protected by the Privacy Act, which means requests for information about you may be denied unless we have your written permission to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Agreements and Certifications section of this form contains written permission for us to disclose the information resulting from this

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

collection to state, local or private disaster relief services.

The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use for SBA's loan system of records is that when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature, SBA may refer it to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use of personal information is to assist in obtaining credit bureau reports, on the Disaster Loan Applicants and guarantors for purposes of originating, servicing, and liquidating Disaster loans. See, 69 F.R. 58598, 58617 (and as amended from time to time) for additional background and other routine uses.

Under the provisions of the Privacy Act, you are not required to provide social security numbers. (But see the information under Debt Collection Act below) We use social security numbers to distinguish between people with a similar or the same name for credit decisions and for debt collection purposes. Failure to provide this number may not affect any right, benefit or privilege to which you are entitled by law, but having the number makes it easier for us to more accurately identify to whom adverse credit information applies and to keep accurate loan records.

Note: Any person concerned with the collection, use and disclosure of information, under the Privacy Act may contact the Chief, FOI/ PA Office, 409 3rd Street, SW, Suite 5900, Washington, DC 20416 or by e-mail at foia@sba.gov for information about the Agency's procedures relating to the Privacy Act and the Freedom of Information Act.

### DEBT COLLECTION ACT OF 1982; DEFICIT REDUCTION ACT OF 1984; DEBT COLLECTION IMPROVEMENT ACT OF 1996 & OTHER TITLES (31 U.S.C. 3701 ET SEQ.)

These laws require us to aggressively collect any delinquent loan payments and to require you to give your taxpayer identification number to us when you apply for a loan. If you receive a loan and do not make payments when they become due, we may take one or more of the following actions (this list may not be exhaustive):

- Report the delinquency to credit reporting bureaus.

- Offset your income tax refunds or other amounts due to you from the Federal Government.

- Refer the account to a private collection agency or other agency operating a debt collection center.

- Suspend or debar you from doing business with the Federal Government.

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

- Refer your loan to the Department of Justice.
- Foreclose on collateral or take other actions permitted in the loan instruments.
- Garnish wages.
- Sell the debt.
- Litigate or foreclose.

### RIGHT TO FINANCIAL PRIVACY ACT OF 1978 (12 U.S.C. § 3401 ET SEQ.)

This notifies you, as required by the Right to Financial Privacy Act of 1978 (Act), of our right to access financial records held by financial institutions that were or are doing business with you or your business. This includes financial institutions participating in loans or loan guarantees.

The law provides that we may access your financial records when considering or administering Government loan or loan guaranty assistance to you. We must give a financial institution a certificate of our compliance with the Act when we first request access to your financial records. No other certification is required for later access. Our access rights continue for the term of any approved loan or loan guaranty. We do not have to give you any additional notice of our access rights during the term of the loan or loan guaranty.

We may transfer to another Government authority any financial records included in a loan application or about an approved loan or loan guaranty as necessary to process, service, liquidate, or foreclose a loan or loan guaranty. We will not permit any transfer of your financial records to another Government authority except as required or permitted by law.

### POLICY CONCERNING REPRESENTATIVES AND THEIR FEEDS

When you apply for an SBA loan, you may use an attorney, accountant, engineer, appraiser or other representative to help prepare and present the application to us. You are not required to have representation. If an application is approved, you may need an attorney to help prepare closing documents.

There are no "authorized representatives" of SBA, other than our regular salaried employees. Payment of a fee or gratuity to our employees is illegal and will subject those involved to prosecution.

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

SBA Regulations prohibit representatives from proposing or charging any fee for services performed in connection with your loan unless we consider the services necessary and the amount reasonable. The Regulations also prohibit charging you any commitment, bonus, broker, commission, referral or similar fee. We will not approve the payment of any bonus, brokerage fee or commission. Also, we will not approve placement or finder's fees for using or trying to use influence in the SBA loan application process.

Fees to representatives must be reasonable for services provided in connection with the application or the closing and based upon the time and effort required, the qualifications of the representative, and the nature and extent of work performed.

Representatives must execute a compensation agreement.

In the appropriate section of the application, you must state the names of everyone employed by you or on your behalf. You must also notify the SBA disaster office in writing of the names and fees of any representative you employ after you file your application.

If you have any questions concerning payment of fees or reasonableness of fees, contact the Field Office where you filed or will file your application.

## OCCUPATIONAL SAFETY AND HEALTH ACT (29 U.S.C. 3651 ET SEQ.)

This legislation authorizes the Occupational Safety and Health Administration (OSHA) in the Department of Labor to require businesses to modify facilities and procedures to protect employees when appropriate. If your business does not do so, you may be penalized, forced to close or prevented from starting operations in a new facility. Because of this, we may require information from you to determine whether your business complies with OSHA regulations and may continue operating after the loan is approved or disbursed. You must certify to us that OSHA requirements applying to your business have been determined and that you are, to the best of your knowledge, in compliance

SBA Form 3501 (04/20)